**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02365-CMA-CBS
Criminal Action No. 01-cr-00165-CMA-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALBERT CELIO,

     Defendant/Movant.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Movant has filed a notice of appeal from this Court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this   18th   day of November, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge