IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 01-cr-00165-CMA
(Civil Action No. 08-cv-02088-CMA-CBS)

UNITED STATES OF AMERICA,

    Respondent,

v.

ALBERT CELIO,

    Movant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that a Status Conference will be held on **September 24, 2010, at 10:00 a.m.** (**Mountain Time**) in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    August 16, 2010