IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 01-cr-00165-CMA
(Civil Action No. 08-cv-02088-CMA-CBS)

UNITED STATES OF AMERICA,

    Respondent,

v.

ALBERT CELIO,

    Movant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court upon a Status Conference held on September 24, 2010, in the above referenced matter. Based upon Plaintiff's failure to appear for the status conference,

    IT IS HEREBY ORDERED that a further Status Conference will be held on **October 5, 2010, at 3:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Mr. Celio's physical appearance is required.

    Plaintiff is advised that failure to appear at the status conference on October 5, 2010, could result in the court issuing an order to show cause as to why this matter should not be dismissed for failure to comply with court orders.

**DATED:**    September 27, 2010