UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| | |
| Case Number: 01-cr-00165-CMA | FTR CBS PM |

October 5, 2010

| | |
|---|---|
| UNITED STATES OF AMERICA | Michael Johnson |
| vs. | |
| ALBERT CELIO | Pro Se |

## MOTION HEARING

Court in Session: 3:35 pm

Court calls case and appearances of counsel.

The Court addresses the defendant regarding the 2255 Motion.

Defendant addresses the Court.

**ORDERED:** Motion (525) is granted in part (clarification) and denied in part (request for court appointed counsel).

**ORDERED:** If he so chooses, the defendant shall file an amended 2255 no later than January 7, 2011.

Court in recess: 4:14 pm

Total time in court: 39 minutes

Hearing concluded.