IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02365-CMA
(Criminal Case No. 01-cr-00165-CMA-1)

UNITED STATES OF AMERICA,

      Respondent,

v.

ALBERT CELIO,

      Movant.

___

**JUDGMENT**
___

Pursuant to and in accordance with the Order Adopting and Affirming May 20, 2011 Recommendation of United States Magistrate Judge to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered by the Honorable Christine M. Arguello (ECF No. 566), the following Judgment is hereby entered:

1. That the Recommendation of the United States Magistrate Judge (Doc. # 560), filed May 20, 2011, is ACCEPTED;

2. The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (ECF No. 537) is DENIED; and

2. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this ___29th___ day of August, 2011.

                                     FOR THE COURT:

                                     GREGORY C. LANGHAM, CLERK

                                     By: _s/ Edward P. Butler_
                                            Edward P. Butler, Deputy Clerk