IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-00165-CMA-CBS

UNITED STATES OF AMERICA,
    Respondent,
v.

ALBERT CELIO,
    Movant.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Celio's "Petition for Writ of Error Coram Nobis to Vacate, Set Aside, or Modify Sentence" (filed February 22, 2013) (Doc. # 582). Pursuant to the memorandum dated February 26, 2013 (Doc. # 583), this matter was referred to the Magistrate Judge. The court having reviewed the Petition,

IT IS ORDERED that Respondent, the United States of America, shall file a response to the Petition on or before April 9, 2013.

Dated at Denver, Colorado this 27th day of February, 2013.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge

1