**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00165-CMA-1
Civil Action No. 08-cv-02365-CMA

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.    ALBERT CELIO,

    Defendant-Movant.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered. It is

ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (Doc. # 592) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is further

ORDERED that Mr. Celio's "Petition for Writ of Error Coram Nobis to Vacate, Set Aside, or Modify Sentence" (Doc. # 582) is DENIED.

Dated at Denver, Colorado this 9th day of July, 2014.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                            By: s/  A. Thomas

                                Deputy Clerk